IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Harrison S. Lofton, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv539 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| C/O Matt Cuckler, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on September 19, 2011 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 6, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for default judgment (Doc. 6) is **DENIED.**

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court